IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3093 |
| | ) | |
| v. | ) | |
| | ) | |
| ROSEMARY HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant's filing 12 motion to dismiss, filed on September 20, 2005, remains pending.

IT THEREFORE HEREBY IS ORDERED: The trial of this case, currently set to commence on October 31, 2005, is continued until further order of the court following resolution of outstanding motions.

DATED this 13th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge