IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3093 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROSEMARY HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Mr. Sipple is granted leave to withdraw and his motion (filing 33) to that extent is granted.

(2) The Federal Public Defender shall provide me with a nomination for a Panel Attorney to substitute for Mr. Sipple. I will then appoint counsel.

(3) After new counsel is appointed, my chambers shall schedule a telephone conference with counsel of record to discuss further scheduling.

January 13, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge