IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3093 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROSEMARY HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Michael T. Levy is appointed to represent Defendant Hernandez;

(2) Mr. Levy shall file an appearance immediately upon appointment;

(3) The Federal Public Defender shall provide Mr. Levy with a CJA voucher;

(4) My chambers shall schedule a telephone conference with counsel of record to discuss further scheduling.

January 18, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge